UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ERIK S. LUCAS, | ) | No. 16-71878 |
| | ) | Chapter 7 |
|     Debtor. | ) | |
| | ) | |
| JEFFREY D. RICHARDSON, | ) | |
| Chapter 7 Trustee, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary No. |
| | ) | |
| MIDWEST TECHNICAL INSTITUTE, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

**ADVERSARY COMPLAINT**

NOW COMES Plaintiff, Jeffrey D. Richardson, Chapter 7 Trustee, by one of his attorneys, and for his Adversary Complaint respectfully states as follows:

COUNT I - FRAUDULENT CONVEYANCE

1.    This Court has jurisdiction over this core adversary proceeding pursuant to the provisions of 28 U.S.C. §§157 and 1334 and 11 U.S.C. §548. The Plaintiff consents to the entry of a final judgment by this Court.

2.    The Debtor, Erik S. Lucas, filed his voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on November 29, 2016.

3.    The Plaintiff, Jeffrey D. Richardson, Chapter 7 Trustee (hereinafter also referred to as the "Trustee") serves as the Debtor's bankruptcy Trustee.

2

4. At the time the Debtor filed his Chapter 7 case, the Debtor had assets which were worth no more than $75,000.00 and liabilities in excess of $100,000.00.

5. At all times relevant hereto, the Debtor was insolvent.

6. On or about September 20, 2016, the Debtor paid the Defendant, Midwest Technical Institute, Inc., the sum of $6,300.00, which appears to may have been a payment on a tuition bill for one of the Debtor's adult children.

7. The payment in question is a fraudulent conveyance under 11 U.S.C. §548(a)(1)(B)(i) in that the Debtor received less than reasonably equivalent value in exchange for the transfer and was insolvent at the time the transfer was made.

8. The Trustee has demanded repayment of that amount from the Defendant, but the Defendant has failed to respond to the Trustee's demand.

WHEREFORE, Plaintiff, Jeffrey D. Richardson, Chapter 7 Trustee, respectfully prays for judgment in his favor and against the Defendant, Midwest Technical Institute, Inc., in the sum of $6,300.00 plus prejudgment interest and costs of suit.

COUNT II - PREFERENCE

1. This Court has jurisdiction over this core adversary proceeding pursuant to the provisions of 28 U.S.C. §§157 and 1334 and 11 U.S.C. §547. The Plaintiff consents to the entry of a final judgment by this Court.

2-5. Plaintiff repeats and realleges paragraphs 2 through 5 of Count I as and for paragraphs 2 through 5 of this Count II.

3

6. On or about September 20, 2016, the Debtor paid the Defendant, Midwest Technical Institute, Inc., the sum of $6,300.00 on an antecedent debt, which appears to be a tuition or school bill.

7. The payment in question is a preference under 11 U.S.C. §547 and is recoverable by the Plaintiff-Trustee from the Defendant.

8. The Trustee has demanded repayment of that amount from the Defendant, but the Defendant has failed to respond to the Trustee's demand.

WHEREFORE, Plaintiff, Jeffrey D. Richardson, Chapter 7 Trustee, respectfully prays for judgment in his favor and against the Defendant, Midwest Technical Institute, Inc., in the sum of $6,300.00 plus prejudgment interest and costs of suit.

/s/ Jeffrey D. Richardson
JEFFREY D. RICHARDSON
Attorney for Plaintiff
Registration No. 02330067
132 South Water Street, Suite 444
Decatur, IL 62523
Telephone: 217/425-4082